NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THERESA JENNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC,<br><br>Defendant. | Civil Action No.: 2:15-cv-06152-(CCC)<br><br>**ORDER** |

**CECCHI, District Judge.**

For purposes of case management and for good cause shown:

**IT IS** on this ____23____ day of ____May____, 2016,

**ORDERED** that Defendant's motion to dismiss [ECF No. 16] is hereby administratively terminated, and it is further

**ORDERED** that Plaintiff is granted leave to amend the pleadings, and it is further

**ORDERED** that Plaintiff's amended pleading shall be due on July 8, 2016, and it is further

**ORDERED** that Defendant's answer or motion to dismiss directed to the amended pleading shall be due on August 8, 2016,

**SO ORDERED.**

_____
CLAIRE C. CECCHI, U.S.D.J.