**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST, ROOM 2060<br>NEWARK, NJ 07102 |

June 12, 2024

### LETTER ORDER

Re:   **JENNER v. VOLVO CARS OF NORTH AMERICA, LLC**
      **Civil Action No. 15-6152 (CCC)**

Dear Counsel:

The telephone conference scheduled in this matter for **June 18, 2024 at 12:30 PM** is adjourned to **July 29, 2024 at 12:30 PM**.

**IT IS SO ORDERED.**

        s/ James B. Clark, III
        **JAMES B. CLARK, III**
        **United States Magistrate Judge**